**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

------------

**No. 95-7645**

------------

WILLIAM J. NEAL, JR.,

Plaintiff - Appellant,

versus

AARON JOHNSON; FRANKLIN E. FREEMAN, JR.,

Defendants - Appellees,

and

JOSEPH HAMILTON; LYNN PHILLIPS; GARY DIXON; H.
B. BYAD; D. FOSTER; WILLIAM A. DUDLEY; CHARLES
K. CRAVEN, JR.; JOHN DOE, #1; JOHN DOE, #2,

Defendants.

------------

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-93-563-5-CT-H)

------------

Submitted:  February 29, 1996          Decided:  March 28, 1996

------------

Before WILKINS and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

------------

Affirmed by unpublished per curiam opinion.

------------

William J. Neal, Jr., Appellant Pro Se.  Sylvia Hargett Thibaut,
Assistant Attorney General, Raleigh, North Carolina, for Appellees.

------------

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Neal v. Johnson</u>, No. CA-93-563-5-CT-H (E.D.N.C. Sept. 26, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>